McGREGOR W. SCOTT
United States Attorney
JUSTIN J. GILIO
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**GEORGIA NICOLE DEAN, AND ASHLEY MICHELLE HILL,**<br><br>**Defendants.** | CASE NO. 1:19-MJ-00206 BAM<br><br>**STIPULATION AND PROTECTIVE ORDER** |

WHEREAS, the discovery in this investigation is expected to contain a large amount of proprietary, personal and confidential information including, but not limited to, Social Security numbers, dates of birth, telephone numbers, residential addresses, and medical records ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a target or subject of the investigation in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

Therefore, Georgia DEAN and Ashley HILL, by and through their counsels of record ("Defense Counsel"), and the United States of America ("Government"), by and through Assistant United States Attorney Kathleen A. Servatius and Justin J. Gilio, hereby agree and stipulate as follows:

1

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case, and documents produced subsequent to the date of entry of this Order (hereafter, collectively known as the "discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit Georgia DEAN and Ashley HILL to view unredacted documents in the presence of their attorneys, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow Georgia DEAN and Ashley HILL to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide Georgia DEAN and Ashley HILL with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain with the Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising Georgia DEAN and Ashley HILL, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

///
///
///
///
///
///

7. In the event either Georgia DEAN or Ashley HILL substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: November 14, 2019                McGREGOR W. SCOTT
                                        United States Attorney

                                        By: /s/ *Justin J. Gilio*
                                            JUSTIN J. GILIO
                                            Assistant U.S. Attorney

DATED: November 19, 2019                By:   /s/ Charles Lee
                                            Charles Lee
                                            Attorney for
                                            Ashley Hill

DATED: November 15, 2019                By:   /s/ Peter Jones
                                            PETER JONES
                                            Attorney for
                                            Georgia Dean

IT IS SO ORDERED.

Dated:   **December 3, 2019**

                                        UNITED STATES MAGISTRATE JUDGE